**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | CASE NO. | SEE ATTACHED LIST |
| SEE ATTACHED LIST | | |
| **DEBTOR(S)** § | CHAPTER | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE for all Divisions in the Eastern District that:

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP has changed the Firm's address from:

2323 Bryan St, Ste. 1600
Dallas, TX  75201

To:

2777 N. Stemmons Freeway, Ste. 1000
Dallas, TX  75207

all future communication and documents should be forwarded to the new address.

                        Respectfully Submitted,
                        LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

                        /s/Elizabeth Weller
                        Elizabeth Weller
                        Texas State Bar No. 00785514

                        2777 N. STEMMONS FREEWAY, STE 10000
                        DALLAS, TEXAS 75207
                        Telephone:	(214) 880-0089
                        Facsimile:	(469) 221-5003
                        Email:	dallas.bankruptcy@publicans.com